# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENNY SHANTEL HUNTER, | ) | 1:10cv067 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) | (Document 2) |
| PETER BEAGLEY, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Benny Shantel Hunter ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on January 13, 2010, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated:   **January 19, 2010**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE