IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY SHANTEL HUNTER, | 1:10cv067 OWW DLB |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| vs. | |
| PETER BEAGLEY, et al., | |
| Defendants. | |

On January 13, 2010, Plaintiff Benny Shantel Hunter ("Plaintiff"), proceeding pro se and in forma pauperis, filed the instant action civil rights action pursuant to 42 U.S.C. § 1983.

On January 25, 2010, the Court issued Findings and Recommendations that Plaintiff's Eighth Amendment and state law claims be dismissed without leave to amend. The Court also recommended that Plaintiff be given leave to amend his remaining claims against the individual defendants. The Findings and Recommendations ordered Plaintiff to file an amended complaint within thirty (30) days. More than thirty (30) days have passed and Plaintiff has not filed an amended complaint.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to file an amended complaint. Plaintiff may comply with this order by filing an amended complaint.

1

1     Accordingly, Plaintiff is ORDERED to file a response, or an amended complaint, within
2 **thirty (30) days** of the date of this Order.  <u>Failure to do so will result in a recommendation that this
3 action be dismissed for failure to follow the Court's orders.</u>

5   IT IS SO ORDERED.

6     **Dated:**    **March 13, 2010**            /s/ **Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE