```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

BENNY SHANTEL HUNTER,           ) 1:10cv067 OWW DLB
                                )
                                )
                                ) ORDER ADOPTING FINDINGS AND
              Plaintiff,          RECOMMENDATIONS REGARDING
                                ) DISMISSAL OF CERTAIN CLAIMS AND
                                ) CERTAIN DEFENDANTS WITHOUT LEAVE
     v.                         ) TO AMEND
                                )
PETER BEAGLEY, et al.,          ) (Document 5)
                                )
                                )
                                )
              Defendants.
      )
```

Plaintiff Benny Shantel Hunter ("Plaintiff"), proceeding pro se and in forma pauperis, filed this civil rights action on January 13, 2009.

On January 25, 2010, the Court issued Findings and Recommendations that Plaintiff's Eighth Amendment and state law claims be dismissed without leave to amend.[1]  The Findings and Recommendations was served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days.  Over

---

[1] The Court also recommended that the remaining claims be dismissed with leave to amend and ordered Plaintiff to file an amended complaint within thirty (30) days of the Court's order.

1

thirty (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated January 25, 2010, is ADOPTED IN FULL; and
2. Plaintiff's Eighth Amendment and state law claims are DISMISSED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

**Dated:   March 18, 2010**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

2